UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                  :

GEORGE L. MILLER, *solely in his capacity*    :
*as the Chapter 7 Trustee of the estates of CQC*    :
*Impact Investors LLC*, et al.,                   :

                                  :           25-MC-552 (JMF)

                  Movant,       :

                                  :               ORDER

       -v-                          :

                                  :

HSBC BANK USA, N.A.,            :

                                  :

                Respondent.   :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 4, 2025, Movant George M. Miller filed a motion to compel the production of certain documents pursuant to a subpoena that it served on Respondent HSBC Bank USA, N.A., a non-party to ongoing bankruptcy proceedings involving the Movant in the United States Bankruptcy Court for the District of Delaware. ECF Nos. 1, 2. Unless and until the Court orders otherwise, no later than **December 9, 2025**, Movant shall serve this Order and (unless already served) its motion papers, both electronically and by overnight courier, on Respondent and on all Parties in the Bankruptcy Court for the District of Delaware action ("Delaware action") and file proof of such service on the docket.

      Based on a quick review of the motion papers, the Court is inclined to believe that the issues are more appropriately decided by the judge presiding over the underlying matter and that transfer to the Bankruptcy Court for the District of Delaware pursuant to Rule 45(f) of the Federal Rules of Civil Procedure would therefore be appropriate. *See* Fed. R. Civ. P. 45(f) ("When the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court *if the person subject to the subpoena consents* or if the court finds exceptional circumstances." (emphasis added)). **No later than December 11, 2025, Respondent shall file a letter indicating whether it would consent to such transfer. If Respondent does not consent, Movant may file a letter addressing the issue of transfer within one business day of Respondent's letter.**

      Unless and until the Court (or the transferee court in the event of any transfer) orders otherwise, any opposition to the motion — including any opposition by other Parties in the action — shall be filed no later than **December 16, 2025**. No reply may be filed absent leave.

      SO ORDERED.

Dated: December 8, 2025
     New York, New York                   _____
                                       JESSE M. FURMAN
                                   United States District Judge