UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GEORGE L. MILLER, *solely in his capacity*                              :
*as the Chapter 7 Trustee of the estates of CQC*                        :
*Impact Investors LLC*,                                                 :
                                                                        :
                                  Movant,                               :          25-MC-552 (JMF)
                                                                        :
            -v-                                                         :          ORDER OF DISMISSAL
                                                                        :
HSBC Bank USA, N.A.,                                                    :
                                                                        :
                                  Defendant.                            X

------------------------------------------------------------------------
JESSE M. FURMAN, United States District Judge:

   The Court having been advised at ECF No. 12 that Defendant HSBC Bank USA, N.A. has produced all requested documents and that Movant George L. Miller intends to file a notice of dismissal, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order.

   To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

   Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

   SO ORDERED.

Dated: January 20, 2026
   New York, New York
                    _____
                      JESSE M. FURMAN
                  United States District Judge